#60794

September 22, 2010

FILED
2010 SEP 23 PM 4:12

06-60509    JOE, SR. & ANNA SHORTT
DEBTOR DID NOT CASH CHECK
CHECK #450222 FOR $2.23
JOE, SR. & ANNA SHORTT
6639 MOTTICE DR.
BOX 408
WAYNESBURG, OH 44688

05-61479    ROBERT & JULIE KELLEY
DEBTOR DID NOT CASH CHECK
CHECK #450223 FOR $100.83
ROBERT & JULIE KELLEY
13559 SHREVE ROAD
BIG PRAIRIE, OH 44611

05-64214    DANIEL & DIANA O'BRIEN
DEBTOR DID NOT CASH CHECK
CHECK #450224 FOR $19.74
DANIEL & DIANA O'BRIEN
929 ANTIONETTE DRIVE
MANSFIELD, OH 44903

07-60600    VALINDA J. MILLS
DEBTOR DID NOT CASH CHECK
CHECK #450225 FOR $161.01
VALINDA J. MILLS
1627 BEAL ROAD
MANSFIELD, OH 44903

05-63205    MICHAEL & SHELLY BELCHER
CREDITOR DID NOT CASH CHECK
CHECK #450226 FOR $14.67
GREAT SENECA
C/O WOLPOFF & ABRAMSON
702 KING FARM BLVD.
ROCKVILLE, MD 20850-5775

```
    0 · *
  2 · 23 +
100 · 83 +
 19 · 74 +
161 · 01 +
 14 · 67 +
298 · 48 *
```